# Court of Appeals
# of the State of Georgia

ATLANTA, June 18, 2015

*The Court of Appeals hereby passes the following order*

**A15I0213. AMANDA JETT, et al. v. ROWLAND TRUCK LINES, et al..**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14C04954



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, June 18, 2015.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , Clerk.